FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2012 DEC -4 AM 10: 57

CLERK _Rau_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

HENRY LEE MORRIS,

    Plaintiff,

v.

JEFF DAVIS COUNTY SHERIFF'S DEPARTMENT; JOHN D. LEE; RICHARD DEAS; and JEFF DAVIS COUNTY JAIL,

    Defendants.

CIVIL ACTION NO.: CV212-182

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed fourteen (14) days from the date of service of this Report and Recommendation to file objections. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2). If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Devine v. Prison Health Services, Inc., 212 F. App'x 890, 892 (11th Cir. 2006).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 21st day of December, 2012.

SO ORDERED, this 4th day of December, 2012.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)